December 9, 2005

Mr. R. Kristin Weaver
5930 E-Royal Lane, PMB 121
Dallas, TX 75230

Mr. Mark M. Donheiser
Mathis & Donheiser, P.C.
2001 Ross Avenue, Suite 4600
Dallas, TX 75201

RE: Case Number: 04-0346
 Court of Appeals Number: 11-03-00028-CV
 Trial Court Number: 00-2913-F

Style: ROYCE B. WEST, JULIA L. S. GOODEN, A/K/A JULIA L. S. GOODEN-
 WOOD, AND ROBINSON WEST & GOODEN, P.C.
 v.
 MALCOM S. ROBINSON

Dear Counsel:

 Today, the Supreme Court of Texas granted the petition for review and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. This is the judgment that will issue in mandate form to
the lower court if no motion for rehearing is filed or if a filed motion
for rehearing is denied.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Sherry |
| |Williamson |
| |Mr. Jim Hamlin |